AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
DEMARIO RANDALL

*Defendant*

1:26mj 3176

Case No. 26-cr-436

FILED
OCT 06 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Demario Randall, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 875(b) (Interstate communications with intent to extort)

Date: 09/02/2026

*Issuing officer's signature*

City and state: Camden, New Jersey

Hon. Elizabeth A. Pascal, USMJ
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/3/2026, and the person was arrested on *(date)* 10/1/2026
at *(city and state)* Euclid, OH

Date: 10/2/2026

*Arresting officer's signature*

Anthony Safford, Special Agent
*Printed name and title*